# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-3013

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| Sergio Medina-Olvera, | * | [UNPUBLISHED] |
| a/k/a Sergio Olvera Medina, | * | |
| | * | |
| Appellant. | * | |

_____

Submitted:  February 11, 2003

Filed:  April 8, 2003

_____

Before WOLLMAN, RICHARD S. ARNOLD, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Sergio Medina-Olvera (Medina) pleaded guilty to possession with the intent to distribute over 500 grams of cocaine in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B) and was sentenced to ninety months' imprisonment.[1]  In entering his plea, Medina reserved his right to appeal the denial of his motion to suppress evidence that was seized from his residence and vehicle pursuant to a search warrant.  After

_____

[1]The Honorable Michael J. Davis, United States District Judge for the District of Minnesota.

reviewing the record and the parties' arguments, we are satisfied that the information included in the warrant application and affidavit was sufficient to support a finding of probable cause for the issuance of the warrant. Because we believe that an extended recitation of the facts and the applicable legal principles would have no precedential value in this fact-intensive case, we affirm without any further discussion. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.